IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON DIVISION

| | |
|---|---|
| **MICHAEL DE LA BRUYERE,** : | |
| : | |
| Petitioner, : | |
| : | |
| VS. : | |
| : | NO. 5:25-cv-00182-MTT-CHW |
| **DISMAS CHARITIES INC.,** : | |
| : | |
| Respondent. : | |

**ORDER**

Petitioner Michael De La Bruyere, who is currently in pre-release custody at Dismas Charities in Macon, Georgia, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. Petitioner, however, has not used the required 28 U.S.C. § 2241 form and he has not paid the $5.00 filing fee or moved to proceed *in forma pauperis*.

Petitioner must complete the enclosed § 2241 form in full, including all information regarding any steps that he has taken to exhaust his administrative remedies as to his claims. *See Fleming v. Warden of F.C.I. Tallahassee*, 631 F. App'x 840, 842-43 (11th Cir. 2015) (per curiam) (holding that a federal prisoner's § 2241 claims were properly denied where she failed to demonstrate that she had exhausted her administrative remedies for those claims). Petitioner must also either pay the $5.00 filing fee or file an application requesting leave to proceed *in forma pauperis*, which must include "the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the [facility]." Habeas Corpus R. 3(a)(2).

In conclusion, Petitioner is **ORDERED** to complete **IN FULL** the attached § 2241 form. He is also **ORDERED** to either pay the $5.00 filing fee or file an application

requesting leave to proceed *in forma pauperis*, which must include the required affidavit and a certificate "showing the amount of money or securities that [he] has in any account in the [facility]."  Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to comply and his failure to do so may result in the dismissal of this action.

The Clerk of Court is **DIRECTED** to forward the appropriate § 2241 petition and *in forma pauperis* forms (all showing this civil action number) to Petitioner along with a copy of this Order.

**SO ORDERED and DIRECTED**, this 28th day of May, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge