IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL DE LA BRUYERE,     *

         Petitioner,     *

v.     Case No. 5:25-cv-00182-MTT-CHW

    *

DISMAS CHARITIES INC,

    *

         Respondent.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated 10/8/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of October, 2025.

                               David W. Bunt, Clerk

                               s/ Erin Pettigrew, Deputy Clerk